■ OMADIL CABRERA, Appellant, v YAKOV ABAEV, Defendant, and DENNIS PANTOJA et al., Respondents. [55 NYS3d 207]—

Order, Supreme Court, Bronx County (Laura G. Douglas, J.), entered on or about January 9, 2017, which, to the extent appealed from as limited by the briefs, granted defendants-respondents' post-note of issue motion to compel plaintiff to appear for independent medical examinations, unanimously affirmed, without costs.

"Trial courts are authorized, as a matter of discretion, to permit post-note of issue discovery without vacating the note of issue, so long as neither party will be prejudiced" (*Cuprill v Citywide Towing & Auto Repair Servs.*, 149 AD3d 442, 443 [1st Dept 2017]). We perceive no prejudice here, as the matter remains on the trial calendar (*see Suarez v Shapiro Family*

*Realty Assoc., LLC*, 149 AD3d 526 [1st Dept 2017]; *see e.g. Dominguez v Manhattan & Bronx Surface Tr. Operating Auth.*, 168 AD2d 376, 376-377 [1st Dept 1990]). Moreover, the court providently exercised its discretion in directing plaintiff to appear for the medical examinations, given defendants' short delay in designating the physicians (*see Henderson-Jones v City of New York*, 104 AD3d 411 [1st Dept 2013]). Concur—Friedman, J.P., Moskowitz, Feinman, Gische and Kahn, JJ.